UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Javece Wilson, | Civ. No. 21-367 (PAM/HB) |
| Petitioner, | |
| v. | **ORDER** |
| Warden J. Fikes, FBOP; and DOJ, | |
| Respondents. | |

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Hildy Bowbeer dated May 18, 2021. (Docket No. 24.) The R&R recommends denying Petitioner Javece Wilson's Amended Petition for Writ of Habeas Corpus and Motion to Amend. (Docket Nos. 8, 13.) For the following reasons, the Court adopts the R&R.

According to statute, the Court must conduct a de novo review of any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); D. Minn. L.R. 72.2(b). Wilson filed objections to the R&R. (Docket Nos. 26, 27.) However, Wilson does not challenge any specific ruling in the R&R; instead, he merely reraises arguments made before the Magistrate Judge. Liberally construing Wilson's objections, he fails to provide any factual or legal basis on which to overturn the R&R's sound reasoning. See Estelle v. Gamble, 429 U.S. 97, 106 (1976). Thus, the Court reviews the R&R for clear error.

The full background is set forth in the R&R and the Court need not revisit it here. As the R&R thoroughly analyzed, there was no due-process violation related to Wilson's disciplinary hearing at FCI Sandstone. Moreover, the conclusion the disciplinary-hearing officer reached at that hearing was supported by sufficient evidence. The Court has reviewed the R&R and finds no error, clear or otherwise, in the Magistrate Judge's reasoning.

Accordingly, **IT IS HEREBY ORDERED that**:

1. The Court **ADOPTS** the R&R (Docket No. 24);

2. Petitioner Javece Wilson's Amended Petition for Writ of Habeas Corpus (Docket No. 8) is **DENIED**;

3. Petitioner's Motion to Amend (Docket No. 13) is **DENIED**; and

4. This matter is **DISMISSED with prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  Wednesday, June 23, 2021

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge